UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA BRIGGS and JOAN
MIKLUSCAK,

    Plaintiffs,

v.                                                  Case No: 8:18-cv-478-T-36JSS

VENICE HMA, LLC,

    Defendant.
_____/

## **O R D E R**

    Before the Court is the Joint Stipulation for Dismissal With Prejudice (Doc. 24). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 24).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on June 4, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record